IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OTIS GAMBLE, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-684-WKW |
| | ) [WO] |
| ALLSTATE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge that the court dismiss Plaintiff's Amended Complaint without prejudice. (Doc. # 13.) Plaintiff has filed an Objection. (Doc. # 14.) Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), the court finds that the Recommendation adequately addresses and properly rejects the underpinnings of Plaintiff's Objection without need for further elaboration and that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 14) is OVERRULED; and

(2) The Recommendation (Doc. # 13) is ADOPTED.

Final judgment will be entered separately.

Case 2:19-cv-00684-WKW-CWB   Document 15   Filed 08/19/22   Page 2 of 2

2

DONE this 19th day of August, 2022.

                                                  /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE